■■ MERRIE M. HILL, Respondent-Appellant, v HUBERT J. SPECKARD, Appellant-Respondent, et al., Defendant. (Appeal No. 2.) [619 NYS2d 974] —Appeal and cross appeal unanimously dismissed without costs. Same Memorandum as in *Hill v Speckard* (209 AD2d 1007 [decided herewith]). (Appeals from Order of Supreme Court, Erie County, Joslin, J.—Summary

Judgment.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.